IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    Plaintiff,

v.                              Case No. 4:19cv337-MW/HTC

HEATHER KEVER,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's additional objections to the report and recommendation, ECF No. 7.[1] Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED** on September 9, 2019.

                                        **s/ MARK E. WALKER**
                                        **Chief United States District Judge**

---

[1] This is Plaintiff's second set of objections. ECF No. 7. This Court previously entered its Order Accepting Report and Recommendation, ECF No. 5, over the previous objections of Plaintiff, ECF No. 4. This Court withdrew its previous order to consider Plaintiff's additional objections.